**UNPUImaginalISHED**

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6360**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT MARSHALL HOUSE, SR.,

Defendant - Appellant.

---

**No. 99-6361**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT MARSHALL HOUSE, SR.,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CR-97-11, CA-98-714-5-BR, CR-96-174)

---

Submitted: July 30, 1999          Decided: August 17, 1999

---

Before MURNAGHAN, ERVIN, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Robert Marshall House, Sr., Appellant Pro Se. Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Marshall House, Sr., seeks to appeal the district court's order denying his motions filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the records and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss these appeals on the reasoning of the district court. See United States v. House, Nos. CR-96-174; CR-97-11; CA-98-714-5-BR (E.D.N.C. Feb. 22, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's judgment or order is marked as "filed" on February 19, 1999, the district court's records show that it was entered on the docket sheet on February 22, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).